459-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AQUIDNECK SHIPPING CORP.,                07 CIV 8152

Plaintiff,

**RULE 7.1 STATEMENT**

-against -

OCEAN AND OIL LTD.,

Defendant.
------------------------------------------------------------x

The Plaintiff, AQUIDNECK SHIPPING CORP., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       September 18, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff AQUIDNECK SHIPPING CORP.

                        By:     _____
                                Peter J. Gutowski (PG 2200)
                                Pamela L. Schultz (PS 8675)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Facsimile: (212) 425-1901

NYDOCS1/290240.1