LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*○†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
○ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

[Stamp: RECEIVED DEC 04 2007 CHAMBERS OF RICHARD M BERMAN U.S.D.J.]

[Handwritten order: THE CLERK TO PLACE THIS MATTER ON SUSPENSE. PLAINTIFF TO CONTINUE TO UPDATE THE COURT ON STATUS EVERY 90 DAYS.

SO ORDERED:
Date: 12/4/07
Richard M. Berman, U.S.D.J.]

November 30, 2007

OUR REF: 459-07/PJG

The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

RE:   AQUIDNECK SHIPPING CORP. v. OCEAN AND OIL LTD.
      07 Civ. 8152 (RMB) – SDNY

Dear Judge Berman:

We represent Plaintiff in the caption action and as requested by the Court, write to provide an update on the status of this matter. By way of background, Plaintiff initiated this action as an ancillary matter to London arbitral proceedings, seeking security for its maritime claims via an attachment against Defendant's property in this district pursuant to Rule B. Plaintiff has been successful in restraining the full amount of the attachment and has provided notice to Defendant of the restraint. The arbitration is currently ongoing in London, where the merits will be decided. There will be no discovery or substantive action in connection with this action since it was commenced for purposes of obtaining security. Accordingly, we ask that this matter be placed on the suspense calendar. If the Defendant makes an appearance in the New York action and/or the Plaintiff prevails in London and seeks to enforce an arbitration award here against the restrained funds, the matter can then be placed on the active docket.

We thank the Court for its consideration of this request.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Pamela L. Schultz

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/05/07]

NYDOCS1/294745.1