459-07/PJG/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AQUIDNECK SHIPPING CORP.,

                        Plaintiff,

    -against-

OCEAN AND OIL LTD.,

                       Defendant.
------------------------------------------------------------x

07 Civ. 8152 (RMB)

ORDER RELEASING ATTACHED
FUNDS AND DICONTINUING
ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08

      **WHEREAS**, on September 18, 2007, Plaintiff AQUIDNECK SHIPPING CORP. filed a Verified Complaint herein, praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

      **WHEREAS,** the Process of Maritime Attachment and Garnishment was issued and served on garnishees, and funds were restrained pursuant thereto; and,

      **WHEREAS,** the parties have amicably resolved the claims that are the subject of this law suit, it is hereby,

NYDOCS1/297754.1

**ORDERED**, that the Process of Maritime Attachment and Garnishment issued herein shall be and hereby is vacated and all garnishees are directed to release all funds that have been restrained pursuant thereto, and it is further

**ORDERED**, pursuant to F. R. Civ. P. Rule 41(a)(1), that, upon release of the restrained funds, this action shall be discontinued and without costs. **THE CLERK TO CLOSE THIS CASE.**

Dated: January 23, 2007



SO ORDERED:
_____
U.S.D.J.

Entry of the above order is consented to:

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff, Aquidneck Shipping Corp.

By: _____
Peter J. Gutowski (PG 2200)
80 Pine Street, 24th Floor
New York, NY 10174-0208